1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-00431 GEB

12                      Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                  [PROPOSED] FINDINGS AND ORDER

14 BRENDEN BARKER,

15                      Defendant.

16

17                         **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on March 1, 2013.

21         2.      By this stipulation, defendant now moves to continue the status conference until March

22 22, 2013 and to exclude time between March 1, 2013 and March 22, 2013 under Local Code T4.  The

23 United States does not oppose this request.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The United States has represented that the discovery associated with this case

26 includes investigative reports, laboratory reports, and related documents in electronic form, constituting

27 approximately 70 pages of documents.  This discovery has been produced directly to counsel.

28 Furthermore, on February 6, 2013, the United States made a formal offer to resolve the case.

   Stipulation and Proposed Order re: Continuance of        1
   Status Hearing and Exclusion of Time

1    b)      Counsel for defendant desires additional time to consult with his client, to conduct

2    investigation and research related to the charges, including with respect to possible mitigation evidence,

3    and to discuss potential resolutions with his client and the United States, as well as discuss with his

4    client the options for preparing the matter for trial.

5    c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into account

7    the exercise of due diligence.

8    d)      The United States does not object to the continuance.

9    e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the original date

11   prescribed by the Speedy Trial Act.

12   f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of March 1, 2013 to March 22, 2013,

14   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

15   results from a continuance granted by the Court at defendant's request on the basis of the Court's finding

16   that the ends of justice served by taking such action outweigh the best interest of the public and the

17   defendant in a speedy trial.

18   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21       IT IS SO STIPULATED.

22   Dated:  February 26, 2013                    BENJAMIN B. WAGNER
                                                  United States Attorney

23                                                 /s/ Todd A. Pickles

24                                                TODD A. PICKLES
                                                  Assistant United States Attorney

25

26   Dated:  February 26, 2013                     /s/ Todd A. Pickles for
                                                  KENNETH WINE

27                                                Counsel for Defendant

28

Stipulation and Proposed Order re: Continuance of          2
Status Hearing and Exclusion of Time

1                                     **ORDER**

2     IT IS SO FOUND AND ORDERED.

3     **Date:  3/5/2013**

4

5                                       _____

6                                       GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order re: Continuance of     3
Status Hearing and Exclusion of Time