BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00431 GEB |
|---|---|
| Plaintiff, | REQUEST TO SET MATTER FOR CHANGE OF PLEA AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| BRENDEN BARKER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 22, 2013.

2. The parties hereby request that this matter be set for a hearing regarding the defendant's change of plea on April 12, 2013.

3. By this stipulation, defendant further moves to exclude time between May 22, 2013 and April 12, 2013 under Local Code T4. The United States does not oppose this request.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes investigative reports, laboratory reports, and related documents in electronic form, constituting approximately 70 pages of documents. This discovery has been produced directly to counsel.

Stipulation and Proposed Order re: Continuance of
Status Hearing and Exclusion of Time

1

1  Furthermore, on February 6, 2013, the United States made a formal offer to resolve the case.

2        b)     Counsel for defendant desires additional time to consult with his client, including
3  discussing the terms of the plea agreement.

4        c)     Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny him the reasonable time necessary for effective preparation, taking into account
6  the exercise of due diligence.

7        d)     The United States does not object to the continuance.

8        e)     Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the original date
10 prescribed by the Speedy Trial Act.

11       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 *et seq.,* within which trial must commence, the time period of March 22, 2013 to April 12, 2013,
13 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
14 results from a continuance granted by the Court at defendant's request on the basis of the Court's finding
15 that the ends of justice served by taking such action outweigh the best interest of the public and the
16 defendant in a speedy trial.

17    5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.

20    IT IS SO STIPULATED.

21 Dated:  March 12, 2013                        BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Todd A. Pickles*
                                                 TODD A. PICKLES
                                                 Assistant United States Attorney

Dated:  March 12, 2013                        */s/ Todd A. Pickles for*
                                                 KENNETH WINE

                                                 Counsel for Defendant

**ORDER**

For the foregoing reasons, the Court adopts the parties' Request and Stipulation. Accordingly, IT IS HEREBY ORDERED THAT this matter is continued from March 22, 2013 to April 12, 2013, and shall be set for a hearing on defendant's change of plea on April 12, 2013 at 9:00 a.m.

IT IS FURTHER ORDERED THAT for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 22, 2013 to April 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED.

**Date: 3/14/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge