HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRENDEN BARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BRENDEN BARKER,<br><br>            Defendant. | No. Cr. S 2:12-cr-431 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |

Defendant, BRENDEN BARKER, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 12, 2013, this Court sentenced Mr. Barker to a term of 120 months imprisonment;

3. His total offense level was 33, his criminal history category was III, and the resulting guideline range was 168 to 210 months. He received a reduction off the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Barker was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Barker's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months. A reduction comparable to the one he received initially produces a term of 96 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Barker's term of imprisonment to a total term of 96 months.

Respectfully submitted,

Dated: November 13, 2015

BENJAMIN B. WAGNER
United States Attorney

 */s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 13, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
BRENDEN BARKER

Stipulation and Order Re: Sentence Reduction                              2

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Barker is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months. A reduction comparable to the one he received initially produces a term of 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2013 is reduced to a term of 96 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Barker shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge